# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 2:22-cv-02300-JLS-AFM |
| Title | Marco Gomez et al v. FCI Lender Services, Inc. |
| Date | June 15, 2022 |

**PRESENT:   HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court previously vacated the June 10, 2022 scheduling conference.

On its own motion, the Court hereby ORDERS plaintiff's counsel, to show cause in writing no later than June 22, 2022, why this action should not be dismissed for lack of prosecution for failure to file a joint report (FRCivP 26) as required by this Court's Order Setting Scheduling Conference (Doc. 13, Jt. Rpt. at 1-2).   Plaintiff shall file a written response to this OSC explaining the failure to comply with this Court's Order Setting Scheduling Conference, which response shall be accompanied by the filing of the parties' Joint Report, including Exhibit A to the Report.

No oral argument of this matter will be heard unless ordered by the Court.   The Order will stand submitted upon the filing of the required documents on or before the date upon which a response by plaintiffs is due.   Failure to timely and adequately respond will result in the dismissal of this action without further notice.

                                                                                     _____ : _____

                                                        Initials of Deputy Clerk   droj