JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO GOMEZ; SHARON GOMEZ,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FCI LENDER SERVICES, INC.; NOEL L. VAUGHAN, JR, AS TRUSTEE OF THE NOEL L. VAUGHAN, JR. TRUST UDT, DATED NOVEMBER 12, 2015; AND DOES 1-10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No.  2:22-cv-02300-JLS-AFM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE (Doc. 22)** |

# ORDER

The Court, having considered the Stipulation for Dismissal of Action Without Prejudice (Doc. 22) (the "Stipulation") entered into between the parties, and good cause appearing therefor, **ORDERS** that:

1. The Stipulation is **APPROVED**.

2. This action is hereby dismissed **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED:  December 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE